the calendar and the briefs filed for the April term of this court.

**PEOPLE, Respondent, v. LAMSON, Appellant.** (Supreme Court, Appellate Division, First Department. February 13, 1906.) Proceedings by the people of the state of New York against Harrison G. Lamson. No opinion. Motion to dismiss appeal granted.

**PEOPLE v. LOPINTO.** (Supreme Court, Appellate Division, First Department. January 12, 1906.) Proceedings by the people of the state of New York against Frank Lopinto. No opinion. Motion denied on conditions stated in memorandum per curiam.

**PEOPLE, Respondent, v. LORSEN, Appellant.** (Supreme Court, Appellate Division, First Department. December 8, 1905.) Proceedings by the people of the state of New York against Lors Lorsen. J. E. Smith, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed.

**PEOPLE; Respondent, v. MENZEL, Appellant.** (Supreme Court, Appellate Division, First Department. February 13, 1906.) Proceedings by the people of the state of New York against Richard M. Menzel. No opinion. Motion to dismiss appeal granted.

**PEOPLE, Respondent, v. THOMAS, Appellant.** (Supreme Court, Appellate Division, First Department. December 8, 1905.) Proceedings by the people of the state of New York against Edward R. Thomas. P. J. Rooney, for appellant. R. C. Taylor, for respondent.

PER CURIAM. Judgment affirmed.
LAUGHLIN, J., dissents.

**PEOPLE, Respondent, v. WEISBERG, Appellant. et al.** (Supreme Court, Appellate Division, First Department. February 13, 1906.) Proceedings by the people of the state of New York against Harry Weisberg, impleaded, etc. No opinion. Motion to dismiss appeal denied, with leave to respondent to renew motion, unless the case be placed on the calendar and the briefs filed for the March term of this court.

**PEOPLE v. WEISBERG.** (Supreme Court, Appellate Division, First Department. March 2, 1906.) Proceedings by the people of the state of New York against Harry Weisberg. No opinion. Motion granted. Order filed.

**PEOPLE ex rel. ARCHER, Respondent, v. McADOO, Police Com'r, Appellant.** (Supreme Court, Appellate Division, Second Department. January 26, 1906.) Proceedings by the people of the state of New York on the relation of Thomas Archer, against William McAdoo, as police commissioner, etc. No opinion. Motion to resettle order granted.

**PEOPLE ex rel. BALDWIN, Respondent, v. McADOO, Police Com'r, Appellant.** (Supreme Court, Appellate Division, Second Department. January 5, 1906.) Proceedings by the people of the state of New York, on the relation of Sylvester D. Baldwin, against William McAdoo, as police commissioner of the city of New York. No opinion. Appeal dismissed, with costs.

**PEOPLE ex rel. BEBRO, Appellant, v. BOND, Respondent.** (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Proceedings by the people of the state of New York, on the relation of Harry J. Bebro, against George Bond.

PER CURIAM. In view of the express finding of the court at Special Term that the person whose custody is in question in this proceeding is not insane, we think there was no authority to remand her to the custody of the respondent. The order is therefore modified by striking out the direction that she be so remanded, and, as so modified, is affirmed, without costs of this appeal. See 93 N. Y. Supp. 277.

**PEOPLE ex rel. BREWSTER, Appellant, v. OLD GUARD OF CITY OF NEW YORK, Respondent.** (Supreme Court, Appellate Division, First Department. December 8, 1905.) Proceedings by the people, on the relation of Henry H. Brewster, against the Old Guard of the City of New York. O. B. Thomas, for appellant. S. H. Stuart, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

**PEOPLE ex rel. BROWN, Respondent, v. SULLIVAN et al., Appellants.** (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Proceedings by the people of the state of New York, on the relation of Walter B. Brown, against Timothy P. Sullivan and others. No opinion. Order affirmed, with $10 costs and disbursements.

**PEOPLE ex rel. BURKE v. PARTRIDGE, Police Com'r.** (Supreme Court, Appellate Division, First Department. February 9, 1906.) Proceedings by the people of the state of New York, on the relation of Thomas A. Burke, against John N. Partridge, as police commissioner. L. J. Grant, for relator. T. Connolly for respondent.

PER CURIAM. Writ dismissed, and proceedings affirmed, with costs.

McLAUGHLIN, J., dissents.

**PEOPLE ex rel. DENTON v. PARTRIDGE, Police Com'r.** (Supreme Court, Appellate Division, Second Department. December 29, 1905.) Proceedings by the people of the state of New York, on the relation of John A. Denton, against John N. Partridge, police commissioner, etc. No opinion. Determination confirmed, with costs.

**PEOPLE ex rel. DURYEE v. DURYEE.** (Supreme Court, Appellate Division, First Department. January 12, 1906.) Proceedings by the people of the state of New York, on the relation of Gustavus A. Duryee, against Emma G. Duryee. No opinion. Motion denied, with $10 costs.